**Fill in this information to identify the case:**

Debtor name: Reagor-Dykes Plainview, LP
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): 18-50218

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AER MFG<br>P.O. Box 974180<br>Dallas, TX 75397-4180 | 800-621-0545 | Parts | | | | $899.00 |
| Alsco<br>404 N. University Ave.<br>Lubbock, TX 79415 | 806-792-8751 | Laundry Service | | | | $1,484.60 |
| American Tire Distributors<br>8814 Senator Circle<br>Wolfforth, TX 79382 | 704-992-2000 | Tires | | | | $6,030.57 |
| CDK Global<br>P.O. Box 88921<br>Chicago, IL 60695-1921 | 847-397-1700 | Professional Services | | | | $5,135.77 |
| Dealer Tire, LLC<br>3711 Chester Ave.<br>Cleveland, OH 44114 | 216-432-0888 | Parts | | | | $827.50 |
| Digicut Systems<br>7700 E. 38th St.<br>Tulsa, OK 74145 | 918-622-4725 | Window Tint | | | | $1,513.68 |
| Earl Owen Company<br>1235 West Trinity Mills Rd.<br>Carrollton, TX 75006 | 469-892-2424 | Parts | | | | $5,940.34 |
| Ford Motor Credit<br>9009 Carothers Parkway<br>Franklin, TN 37067 | Keith Langley<br>klangley@l-llp.com<br>214-722-7171 | Vehicles and Titles | | $14,929,046.00 | $10,786,116.00 | $4,142,930.00 |
| Gene Messer Accessories<br>6161 Rothway<br>Houston, TX 77040 | 713-847-5700 | Parts | | | | $553.58 |
| Johnson Auto Glass<br>3709 Ave. Q<br>Lubbock, TX 79412 | Robert Johnson<br>806-687-1334 | Professional Services | | | | $2,165.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  Reagor-Dykes Plainview, LP                              Case number *(if known)* 18-50218
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lubbock Sound Equipment Inc. P.O. Box 93366 Lubbock, TX 79493 | 806-745-1454 | Professional Services | | | | $354.45 |
| O'Reilly Automotive, Inc. P.O. Box 9464 Springfield, MO 65801 | 417-862-2674 | Parts | | | | $1,942.12 |
| Office Wise Furniture and Supply P.O. Box 2688 Amarillo, TX 79105 | Tommy Sanson 800-825-8222 | Office Supplies | | | | $2,078.07 |
| Pearl Proximity LLC 2701 East Plano Pkwy Ste. 100 Plano, TX 75074 | 888-339-1116 | Professional Services | | | | $2,165.00 |
| Reynolds and Reynolds P.O. Box 182206 Columbus, OH 43218-2206 | 937-485-2000 | Profesional Services | | | | $1,878.89 |
| Roger Foote Lawn Care 2601 W. 17th St. Plainview, TX 79072 | 806-292-2486 | Professional Services | | | | $546.65 |
| Scoggin Dickey P.O. Box 64910 Lubbock, TX 79424 | Dave Zwiacker 806-589-0021 | Parts | | | | $732.08 |
| Tucky's Auto Parts P.O. Box 1973 Plainview, TX 79072 | Johnny 806-296-6387 | Parts | | | | $634.61 |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | 404-828-6000 | Professional Services | | | | $1,119.83 |
| Valvoline LLC P.O. Box 117131 Atlanta, GA 30368 | 214-878-4191 | Oil | | | | $19,228.27 |